**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7472**

JOE FAULKS,

                Plaintiff - Appellant,

      v.

DEPUTY GUILMARTIN, Sergeant; DEPUTY COX, Corporal; DEPUTY
KIDD, Hearing Officer,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Mark S. Davis, District
Judge. (2:11-cv-00551-MSD-TEM)

Submitted:  February 9, 2012      Decided:  February 14, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joe Faulks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Faulks appeals the district court's order dismissing his complaint for failing to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Faulks v. Guilmartin, No. 2:11-cv-00551-MSD-TEM (E.D. Va. Oct. 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED